**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6703**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JORGE GONZALEZ-VASQUEZ,

        Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:01-cr-00507-JFA-1)

---

Submitted:  June 25, 2026                    Decided:  June 29, 2026

---

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jorge Gonzalez-Vasquez, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jorge Gonzalez-Vasquez appeals the district court's order denying his second motion for compassionate release. Limiting our review of the record to the issues raised in Gonzalez-Vasquez's informal brief, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."), we discern no abuse of discretion in the district court's determination that Gonzalez-Vasquez did not establish an extraordinary and compelling basis for compassionate release, *see United States v. Davis*, 99 F.4th 647, 653 (4th Cir. 2024) (stating standard of review).

Accordingly, we affirm the district court's order. *United States v. Gonzalez-Vasquez*, No. 3:01-cr-00507-JFA-1 (D.S.C. June 13, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2